**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

FILED
JANUARY 18, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| SHAHRBANOO FADAVI v. BOARD OF TRUSTEES FOR THE UNIVERISTY OF ILLINOIS, INDRU PUNWANI, BRUCE GRAHAM, R. MICHAEL TANNER, SYLVIA MANNING, and ERIC GISLASON | **08 C 440**<br><br>**JUDGE ST. EVE**<br>**MAGISTRATE JUDGE MASON** |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, Shahrbanoo Fadavi

| NAME (Type or print) |
|---|
| Darnella J. Ward |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Darnella J. Ward |

| FIRM |
|---|
| Rachlis Durham Duff & Adler, LLC |

| STREET ADDRESS |
|---|
| 542 South Dearborn Street, Suite 900 |

| CITY/STATE/ZIP |
|---|
| Chicago, Illinois 60605 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06279493 | (312) 733-3950 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐