**CEM**

**FILED
JANUARY 18, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

SHAHRBANOO FADAVI v.
BOARD OF TRUSTEES FOR THE UNIVERISTY OF
ILLINOIS, INDRU PUNWANI, BRUCE GRAHAM,
R. MICHAEL TANNER, SYLVIA MANNING,
and ERIC GISLASON

Case Number: **08 C 440**

**JUDGE ST. EVE
MAGISTRATE JUDGE MASON**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, Shahrbanoo Fadavi

| | |
|---|---|
| NAME (Type or print) Marion B. Adler | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Marion B. Adler | |
| FIRM Rachlis Durham Duff & Adler, LLC | |
| STREET ADDRESS 542 South Dearborn Street, Suite 900 | |
| CITY/STATE/ZIP Chicago, Illinois 60605 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 06182504 | TELEPHONE NUMBER (312) 733-3950 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐　NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐　NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑　NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑　NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐　　APPOINTED COUNSEL ☐ | |