**OEM**

**FILED**

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

**JANUARY 18, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 440**

In the Matter of                                        Case Number:

SHAHRBANOO FADAVI v.
BOARD OF TRUSTEES FOR THE UNIVERISTY OF
ILLINOIS, INDRU PUNWANI, BRUCE GRAHAM,
R. MICHAEL TANNER, SYLVIA MANNING,
and ERIC GISLASON

**JUDGE ST. EVE**
**MAGISTRATE JUDGE MASON**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, Shahrbanoo Fadavi

| |
|---|
| NAME (Type or print)<br> Edwin L. Durham |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br> s/  Edwin L. Durham |
| FIRM<br> Rachlis Durham Duff & Adler, LLC |
| STREET ADDRESS<br> 542 South Dearborn Street, Suite 900 |
| CITY/STATE/ZIP<br> Chicago, Illinois 60605 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06204142 | TELEPHONE NUMBER<br>(312) 733-3950 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ |