*Shahrbanoo Fadavi v. Board of Trustees for the University of Illinois, Indru Punwani, Bruce Graham, R. Michael Tanner, Sylvia Manning, and Eric Gislason*

Case No.  08 C 440
**SERVICE LIST**

Bruce Graham
University of Illinois
College of Dentistry
Office of Dean, Rm. 102
801 S. Paulina Road
Chicago, IL  60612

Sylvia Manning
University of Illinois
Office of the Chancellor
2833 University Hall
Chicago, IL  60612

R. Michael Tanner
Provost and Vice Chancellor for Academic Affairs
University of Illinois
Office of the Provost
2832 University Hall
601 South Morgan
Chicago, IL  60607

Board of Trustees for the University of Illinois
c/o Michele M. Thompson, Secretary
Office of the Board of Trustees
352 Henry Administration Building
506 S. Wright Street
Urbana, IL  61801

Eric Gislason
University of Illinois
Office of the Chancellor
2833 University Hall
Chicago, IL  60612

Indru Punwani
University of Illinois
College of Dentistry
Department of Pediatrics
801 S. Paulina Road
Room 230
Chicago, IL 60612