AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

SHAHRBANOO FADAVI

V.

BOARD OF TRUSTEES FOR THE UNIVERISTY OF ILLINOIS, INDRU PUNWANI, BRUCE GRAHAM, R. MICHAEL TANNER, SYLVIA MANNING, and ERIC GISLASON

CASE NUMBER: **08 C 478**

ASSIGNED JUDGE: **JUDGE ST. EVE**

DESIGNATED MAGISTRATE JUDGE: **MAGISTRATE JUDGE DENLOW**

TO: (Name and address of Defendant)

R. Michael Tanner
Provost and Vice Chancellor for Academic Affairs
University of Illinois, Office of the Provost
2832 University Hall, 601 South Morgan
Chicago, IL 60607

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael Rachlis
Rachlis Durham Duff & Adler, LLC
542 South Dearborn Street, Suite 900 Chicago, Illinois 60605
(312) 733-3950
(312) 733-3952 (fax)

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*Cynthia Mercado* (signature)

(By) DEPUTY CLERK

January 23, 2008
Date



# Affidavit of Process Server

| Shahrbanoo Fadavi | vs Board of Trustees University of Illinois | CASE # |
|---|---|---|
| PLAINTIFF/PETITIONER | DEFENDANT/RESPONDENT | 08 C 440 |

Being duly sworn, on my oath, I __Aaron Willoughby__ declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served __R. Michael Tanner__
NAME OF PERSON/ENTITY BEING SERVED

with the (documents) ☐ Subpoena with $_____ witness fee and mileage
☒ Summons and Complaint

by serving (NAME) __Joseph Tilson, Authorized to Accept__

at ☐ Home _____
☒ Business __123 N. Wacker Dr. Suite 1800 Chicago, Il.__
☒ on (DATE) __January 29, 2008__ at (TIME) __3:15 p.m.__

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
from (CITY) _____ (STATE) _____

**Manner of Service:**
☒ By Personal Service.
☐ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof, namely _____
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers, namely _____
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address ☐ Evading ☐ Other: _____
☐ Address Does Not Exist ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( )_____, ( )_____, ( )_____, ( )_____, ( )_____
DATE TIME

**Description:**
☒ Male ☒ White Skin ☒ Black Hair ☐ White Hair ☐ 14-20 Yrs. ☐ Under 5' ☐ Under 100 Lbs.
☐ Female ☐ Black Skin ☐ Brown Hair ☐ Balding ☐ 21-35 Yrs. ☐ 5'0"-5'3" ☐ 100-130 Lbs.
☐ Yellow Skin ☐ Blond Hair ☐ 36-50 Yrs. ☐ 5'4"-5'8" ☐ 131-160 Lbs.
☐ Brown Skin ☒ Gray Hair ☐ Mustache ☒ 51-65 Yrs. ☒ 5'9"-6'0" ☒ 161-200 Lbs.
☒ Glasses ☐ Red Skin ☐ Red Hair ☐ Beard ☐ Over 65 Yrs. ☐ Over 6' ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: _____

State of Illinois    County of Cook

SERVED BY
LASALLE PROCESS SERVERS

Subscribed and sworn to before me, a notary public, this __29__ day of __January__, 20 __08__

NOTARY PUBLIC

OFFICIAL SEAL
ANDREW RAPHAEL
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11-17-2011

NAPPS
CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.