AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

SHAHRBANOO FADAVI

V.

BOARD OF TRUSTEES FOR THE UNIVERISTY OF
ILLINOIS, INDRU PUNWANI, BRUCE GRAHAM,
R. MICHAEL TANNER, SYLVIA MANNING,
and ERIC GISLASON

CASE NUMBER: **08 C 440**

ASSIGNED JUDGE:

DESIGNATED MAGISTRATE JUDGE:

**JUDGE ST. EVE
MAGISTRATE JUDGE MASON**

TO: (Name and address of Defendant)

Sylvia Manning
University of Illinois
Office of the Chancellor
2833 University Hall
Chicago, IL 60612

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael Rachlis
Rachlis Durham Duff & Adler, LLC
542 South Dearborn Street, Suite 900 Chicago, Illinois 60605
(312) 733-3950
(312) 733-3952 (fax)

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*Cynthia Mercado*

---
**(By) DEPUTY CLERK**

**January 22, 2008**

---
Date

# Affidavit of Process Server

| Shahrbanoo Fadavi | vs | Board of Trustees University of Illinois | CASE # 08 C 440 |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | |

Being duly sworn, on my oath, I __Aaron Willoughby__
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served __Sylvia Manning__
NAME OF PERSON/ENTITY BEING SERVED
with the (documents) ☐ Subpoena with $_____ witness fee and mileage
☒ Summons and Complaint

by serving (NAME) __Joseph Tilson, Authorized to Accept__

at ☐ Home _____
☒ Business __123 N. Wacker Dr. Suite 1800 Chicago, Il.__
☒ on (DATE) __January 29, 2008__ at (TIME) __3:15 p.m.__

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
from (CITY) _____ (STATE) _____

**Manner of Service:**
☒ By Personal Service.
☐ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,
namely _____
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,
namely _____
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address ☐ Evading ☐ Other: _____
☐ Address Does Not Exist ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( ) _____, ( ) _____, ( ) _____, ( ) _____, ( ) _____

**Description:**
☒ Male, ☐ Female, ☒ Glasses
☒ White Skin, ☐ Black Skin, ☐ Yellow Skin, ☐ Brown Skin, ☐ Red Skin
☒ Black Hair, ☐ Brown Hair, ☐ Blond Hair, ☒ Gray Hair, ☐ Red Hair
☐ White Hair, ☐ Balding, ☐ Mustache, ☐ Beard
☐ 14-20 Yrs., ☐ 21-35 Yrs., ☐ 36-50 Yrs., ☒ 51-65 Yrs., ☐ Over 65 Yrs.
☐ Under 5', ☐ 5'0"-5'3", ☐ 5'4"-5'8", ☒ 5'9"-6'0", ☐ Over 6'
☐ Under 100 Lbs., ☐ 100-130 Lbs., ☐ 131-160 Lbs., ☒ 161-200 Lbs., ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: _____

State of Illinois    County of Cook

SERVED BY
LASALLE PROCESS SERVERS

Subscribed and sworn to before me,
a notary public, this __29__ day of __January__, 20 __08__

NOTARY PUBLIC

OFFICIAL SEAL
ANDREW RAPHAEL
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11-17-2011

NAPPS
CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.