U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of:                                          Case Number:    08 C 440

Shahrbanoo Fadavi, Plaintiff
        v.
Board of Trustees for the Univ. of Illinois, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

                    Defendants

| NAME (Type or print) Eileen E. Baker |
|---|
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br><br>        /s/      Eileen E. Baker |
| FIRM          Meckler Bulger & Tilson, LLP |
| STREET ADDRESS     123 N. Wacker Drive., Suite 1800 |

| CITY/STATE/ZIP<br><br>Chicago, IL  60606 | TELEPHONE NUMBER<br><br>312/474-7900 (office)  312/474-7898 (fax) |
|---|---|

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)        06255590 |
|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES ☒    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES ☐    NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES ☒    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?  YES ☒  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ |

n/shared/forms/federal/appearance2006