U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of:                                              Case Number:  08 C 440

Shahrbanoo Fadavi, Plaintiff
       v.
Board of Trustees for the Univ. of Illinois, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

                  Defendants

| |
|---|
| NAME  (Type or print)   Joseph E. Tilson |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br><br>        /s/       Joseph E. Tilson |
| FIRM            Meckler Bulger & Tilson, LLP |
| STREET ADDRESS      123 N. Wacker Drive., Suite 1800 |

| CITY/STATE/ZIP<br><br>Chicago, IL  60606 | TELEPHONE NUMBER<br><br>312/474-7900 (office)   312/474-7898 (fax) |
|---|---|

| |
|---|
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)       03128988 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES ☒   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES ☐   NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES ☒   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?  YES ☒  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |

n/shared/forms/federal/appearance2006