UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SHAHRBANOO FADAVI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 08 C 440 |
| | ) | |
| BOARD OF TRUSTEES FOR THE | ) | Honorable Amy J. St. Eve |
| UNIVERSITY OF ILLINOIS, INDRU | ) | Magistrate Judge Michael T. Mason |
| PUNWANI, BRUCE GRAHAM, | ) | |
| R. MICHAEL TANNER, SYLVIA | ) | |
| MANNING, and ERIC GISLASON, | ) | |
| | ) | |
| Defendants. | ) | |

## INITIAL JOINT STATUS REPORT

Pursuant to Federal Rule of Civil Procedure 26(f) Plaintiff, DR. SHAHRBANOO

("SHAR") FADAVI , and Defendants, THE BOARD OF TRUSTEES OF THE

UNIVERSITY OF ILLINOIS (improperly identified as "Board of Trustees for the

University of Illinois"), INDRU PUNWANI, BRUCE GRAHAM, R. MICHAEL

TANNER, SYLVIA MANNING, and ERIC GISLASON, by and through their attorneys,

submit the following Initial Joint Status report:

I.    *NATURE OF THE CASE*

   A.    *Identity of the attorneys of record for each party, including lead trial attorney*

   Plaintiff:

| Name of Attorney | Designation |
|---|---|
| Michael Rachlis | Lead Trial Attorney |
| Edwin L. Durham | Trial Attorney |
| Kevin B. Duff | Attorney |
| Marion Adler | Trial Attorney |
| Darnella J. Ward | Attorney |

Defendants:

| Name of Attorney | Designation |
|---|---|
| Joseph E. Tilson | Lead Trial Attorney |
| Timothy A. Wolfe | Trial Attorney |
| Eileen E. Baker | Trial Attorney |

B.      *Basis for federal jurisdiction:*

This case involves a federal question pursuant to 28 U.S.C. § 1331.  This is an action filed pursuant to the Equal Pay Act ("EPA"), 29 U.S.C. § 206.

C.      *Nature of the claims asserted in the complaint and any counterclaims*

The claims asserted in the Complaint are as follows:  Count I - Violation of the EPA, Count II - Willful Violation of the EPA.  There are no counterclaims.

D.      *Major legal and factual issues in the case*

Plaintiff, Dr. Shar Fadavi is a female and a fully tenured professor with the University of Illinois, working within the area of pediatric dentistry.  Plaintiff contends that she has had extensive responsibility for many aspects of the University's Department of Pediatric Dentistry for approximately fourteen years.  Plaintiff also maintains that despite her status, tenure, activities, duties and accomplishments, she has been and continues to be paid less than males in similar, or even lower positions, performing similar (or fewer) responsibilities.

Defendants contend that there are no male employees who were paid more than Plaintiff and performed work equal to Plaintiff on jobs, the performance of which, required equal skill, effort, and responsibility, and which were performed under similar working conditions.  Defendants also contend that any alleged pay disparity was justified by a merit system and other factors other than gender.  Defendants further contend that the individual defendants are not "employers" as defined by the Equal Pay Act.

E.      *Relief sought by plaintiff*

Plaintiff Dr. Shar Fadavi seeks the following relief:

a.      a finding that Defendants intentionally violated the Equal Pay Act by paying Plaintiff less than male employees;

b.      an award to Plaintiff in the amount of wages, benefits and other compensation owed to her as a result of Defendants' actions;

c.      an award to Plaintiff of front pay;

d.      an award to Plaintiff of prejudgment interest;

e.      an award to Plaintiff of reasonable attorneys' fees and costs; and

      f.     an award to Plaintiff of such other relief as the Court deems just and appropriate.

II.    *PENDING MOTIONS AND CASE PLAN*

    A.    *Pending Motions*

There are no pending motions at this time.

    B.    *Proposal for discovery plan:*

    1.    *Type of discovery needed*

Plaintiff and Defendants anticipate that the written and oral discovery necessary for this suit can be accomplished within the limitations set forth by the Federal Rules of Civil Procedure.

    2.    *Date for Rule 26(a)(1) disclosures*

Plaintiff and Defendants propose that Rule 26 (a)(1) disclosures be mutually exchanged by March 26, 2008.

    3.    *Completion of Fact Discovery*

Plaintiff and Defendants anticipate that fact discovery in this matter will be completed on or before November 30, 2008

    4.    *Expert discovery completion date (date of delivery of expert reports included)*

Plaintiff and Defendants propose that expert discovery be completed in this matter in conjunction with the completion of the fact discovery, namely on or before November 30, 2008.    In this context, Plaintiff and Defendants propose that Plaintiff's expert disclosures be made on or before September 5, 2008; that Defendants' expert disclosures be made on or before October 15, 2008; Plaintiff's rebuttal expert disclosures be made on or before November 6, 2008; and that expert discovery be completed by November 30, 2008.

    5.    *Cut off date for the filing of any dispositive motions*

January 9, 2009

    6.    *File date for pretrial order*

Plaintiff proposes February 27, 2009.

Defendants propose May 1, 2009.

C.      *Trial*

1.      *Whether a jury trial is requested*

Plaintiff has requested a trial by jury.

2.      *The probable length of trial*

Plaintiff and Defendants anticipate that the trial of this matter would last three to five days.

3.      *When case will be ready for trial*

Plaintiff anticipates that this case should be ready for trial by March 2009.

Defendants anticipate that this case should be ready for trial after April 2009.

III.    *Consent to Proceed Before a Magistrate Judge*

The parties do not consent to proceed before the magistrate judge.

IV.     *Status of Settlement Discussions*

A.      *Occurrence of settlement discussions*

No settlement discussions have occurred between the parties.

B.      *Status of Settlement Discussions*

No settlement discussions have occurred between the parties.

C.      *Request of Settlement Conference*

The parties will contact the Court if a settlement conference with the court would be beneficial.

4

Dated: February 25, 2008

Respectfully submitted,                    Respectfully submitted,

DR. SHAHRBANOO FADAVI
                                           By:  _____ s/ Eileen E. Baker
                                           One of the Attorneys for Defendants,

By:  _____ s/Michael Rachlis
One of her attorneys                       THE BOARD OF TRUSTEES OF THE
                                           UNIVERSITY OF ILLINOIS, INDRU
Michael Rachlis (ARDC # 06203745)          PUNWANI, BRUCE GRAHAM, R.
Edwin L. Durham (ARDC # 06204142)          MICHAEL TANNER, SYLVIA
Kevin B. Duff (ARDC # 06210491)            MANNING and ERIC GISLASON
Marion Adler (ARDC # 06182504)
Darnella J. Ward (ARDC # 06279493)         Joseph E. Tilson
Rachlis Durham Duff & Adler                Timothy A. Wolfe
542 South Dearborn, Suite 900              Eileen E. Baker
Chicago, Illinois 60605                    Meckler Bulger & Tilson LLP
(312)733-3950                              123 North Wacker Drive, Suite 1800
(312)733-3952 (fax)                        Chicago, IL  60606
Counsel for Plaintiff                      Tel.:  (312) 474-7900
                                           Fax:  (312) 474-7898
                                           Counsel for Defendants