**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Shahrbanoo Fadavi

                Plaintiff,

v.                                                    Case No.: 1:08−cv−00440
                                                    Honorable Amy J. St. Eve

Board of Trustees for the University of Illinois, et al.

                Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Thursday, February 28, 2008:

      MINUTE entry before Judge Amy J. St. Eve :Status hearing held on 2/28/2008. Rule 26(a)(1) disclosures due 3/26/2008. Written discovery to be issued 4/1/2008. Fact discovery ordered closed by 10/31/2008. Plaintiff's expert disclosures with reports due 9/5/2008. Defendant's expert disclosures with reports due 10/15/2008. Plaintiff's rebuttal expert disclosures with reports due 11/6/2008. Expert discovery ordered closed by 11/30/2008. Parties are directed to meet and confer pursuant to Rule 26(f) and exhaust all settlement possibilities prior to the next status hearing. Status hearing set for 4/17/2008 at 08:30 AM.Mailed notice(tmh, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.