## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Shahrbanoo Fadavi

                                        Plaintiff,

v.                                                    Case No.: 1:08−cv−00440
                                                    Honorable Amy J. St. Eve

Board of Trustees for the University of Illinois, et al.

                                        Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Monday, June 9, 2008:

      MINUTE entry before the Honorable Amy J. St. Eve:Status hearing held on 6/9/2008 and continued to 8/5/08 at 8:30 a.m. Parties are to contact the courtroom deputy, 312/435−5879, by 6/27/08 to inform the court whether or not the parties are interested in participating in a settlement conference. Mailed notice(kef, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.