**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Shahrbanoo Fadavi

                                                            Plaintiff,

v.                                                                  Case No.: 1:08−cv−00440
                                                                       Honorable Amy J. St. Eve

Board of Trustees for the University of Illinois, et al.

                                                            Defendant.


**ORDER REFERRING A CIVIL CASE TO THE**
**DESIGNATED MAGISTRATE JUDGE**


      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Michael T. Mason for the purpose of holding proceedings related to settlement conference. (kef, )Mailed notice.


Dated: June 27, 2008

                                                                       /s/ Amy J. St. Eve

                                                                 United States District Judge