## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Shahrbanoo Fadavi

                          Plaintiff,

v.                                                          Case No.: 1:08−cv−00440
                                                          Honorable Amy J. St. Eve

Board of Trustees for the University of Illinois, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 21, 2008:

      MINUTE entry before the Honorable Michael T. Mason: Status hearing set for 7/23/08 is stricken. Settlement conference set for 8/21/2008 at 01:30 p.m. Parties are to strictly abide by this Court's Standing Order for Settlement Conference. Plaintiff's counsel to submit copies of both plaintiff's settlement demand letter AND defendant's response letter to chambers, room 2206, by 8/18/08.(rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.