**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Shahrbanoo Fadavi

                              Plaintiff,

v.                                            Case No.: 1:08−cv−00440
                                                    Honorable Amy J. St. Eve

Board of Trustees for the University of Illinois, et al.

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 5, 2008:

      MINUTE entry before the Honorable Amy J. St. Eve:Status hearing held on 8/5/2008 and continued to 8/26/08 at 8:30 a.m. Plaintiff's counsel failed to appear. Plaintiff's counsel must be present at the next status hearing. Failure to appear may result in dismissal for failure to prosecute. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.