

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604
www.ilnd.uscourts.gov

## NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

**Instructions:** Complete this form and e-file it in each case you list below. Next, use the CM/ECF "Utilities" menu to update your address information in CM/ECF. Updating this information is critical. Instructions for this procedure can be found on the Court's website in the CM/ECF User Guide section entitled "Managing Your CM/ECF Account." If the CM/ECF system will not permit you to make any changes to the data field used for your firm name, fax this form to 312-554-8512.

NAME:  Timothy A. Wolfe

FIRM:  Meckler Bulger Tilson Marick & Pearson LLP

STREET ADDRESS:  123 North Wacker Drive, Suite 1800

CITY/STATE/ZIP:  Chicago, Illinois  60606

PHONE NUMBER:  (312) 474-7900

E-MAIL ADDRESS:  tim.wolfe@mbtlaw.com

ARDC NUMBER (ILLINOIS STATE BAR MEMBERS): 6198805

If you have previously filed an appearance with this Court using a different name, enter that name:

**List all active cases below in which you currently have an appearance on file.**

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 08 CV 3844 | Burton v. University of Illinois | Pallmeyer |
| 07 CV 6019 | Clark v. Univeristy of Illinois | Kennelly |
| 08-CV-440 | Fadavi v. University of Illinois | St. Eve |
| | | |
| | | |
| | | |

s/ Timothy A. Wolfe                                                08/13/08
_____        _____
Attorney's Signature                                                     Date