UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHAHRBANOO FADAVI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 08 C 440 |
| ) | |
| BOARD OF TRUSTEES FOR THE ) | Honorable Amy J. St. Eve |
| UNIVERSITY OF ILLINOIS, INDRU ) | Magistrate Judge Michael T. Mason |
| PUNWANI, BRUCE GRAHAM, ) | |
| R. MICHAEL TANNER, SYLVIA ) | |
| MANNING, and ERIC GISLASON, ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR AGREED PROTECTIVE ORDER

Pursuant to Fed. R. Civ. Pro. 26(c), the Plaintiff, Dr. Shahrbanoo. ("Shar") Fadavi, and Defendants, The Board of Trustees of the University of Illinois, Indru Punwani, Bruce Graham, R. Michael Tanner, Sylvia Manning, and Eric Gislason, by and through their attorneys, respectfully move this Honorable Court for entry of the attached proposed Agreed Protective Order and state as follows:

1.  This is an Equal Pay Act dispute wherein both sides have produced discovery. However in order to progress in the course of discovery, the parties seek to preserve the confidential nature of medical records; Plaintiff's relevant financials and tax returns; and, nonpublic personnel information, and deem the entry of a protective order as an appropriate mechanism to allow discovery to proceed.

2.  Attached under Tab A is a Protective Order which both parties have agreed upon.

1

WHEREFORE, Plaintiff, Dr. Shar Fadavi and Defendants, The Board of Trustees of the University of Illinois, Indru Punwani, Bruce Graham, R. Michael Tanner, Sylvia Manning, and Eric Gislason, hereby respectfully request that this Court enter the attached Agreed Protective Order.

Dated: August 14, 2008

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| DR. SHAHRBANOO FADAVI | |
| | By:          s/ Eileen E. Baker |
| | One of the Attorneys for Defendants, |
| By:       s/Darnella J. Ward | |
| One of her attorneys | THE BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS, INDRU |
| Michael Rachlis | PUNWANI, BRUCE GRAHAM, R. |
| Edwin L. Durham | MICHAEL TANNER, SYLVIA |
| Kevin B. Duff | MANNING and ERIC GISLASON |
| Marion Adler | |
| Darnella J. Ward | Joseph E. Tilson |
| Rachlis Durham Duff & Adler | Timothy A. Wolfe |
| 542 South Dearborn, Suite 900 | Eileen E. Baker |
| Chicago, Illinois 60605 | Meckler Bulger & Tilson LLP |
| (312)733-3950 | 123 North Wacker Drive, Suite 1800 |
| (312)733-3952 (fax) | Chicago, IL  60606 |
| Counsel for Plaintiff | Tel.:  (312) 474-7900 |
| | Fax:  (312) 474-7898 |
| | Counsel for Defendants |