IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHAHRBANOO FADAVI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Honorable Judge Amy J. St. Eve |
| v. | ) No.    08 C 440 |
| | ) |
| BOARD OF TRUSTEES FOR THE | ) |
| UNIVERSITY OF ILLINOIS, INDRU | ) |
| PUNWANI, BRUCE GRAHAM, | ) Jury Demanded |
| R. MICHAEL TANNER, SYLVIA | ) |
| MANNING, and ERIC GISLASON, | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF MOTION**

TO:   Joseph E. Tilson
Timothy A. Wolfe
Eileen E. Baker
Meckler Bulger & Tilson, LLP
123 N. Wacker Drive, Suite 1800
Chicago, Illinois 60606
joe.tilson@mbtlaw.com
tim.wolfe@mbtlaw.com
eileen.baker@mbtlaw.com

PLEASE TAKE NOTICE that on Monday, August 18, 2008, at 8:30 a.m., the undersigned will appear before the Honorable Amy J. St. Eve, or any Judge sitting in her stead, in Courtroom 1241 at the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois, and present the Motion for Agreed Protective Order.

SHAHRBANOO FADAVI

By:   /s/ Darnella J. Ward
Darnella J. Ward (#6279493)
RACHLIS DURHAM DUFF & ADLER, LLC
542 S. Dearborn Street, Suite 900
Chicago, IL  60605
Telephone:    (312) 733-3950
Facsimile:    (312) 733-3952
dward@rddlaw.net

1

## CERTIFICATE OF SERVICE

    I hereby certify that on August 14, 2008, I electronically filed the Motion for Agreed Protective Order with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Joseph E. Tilson
Timothy A. Wolfe
Eileen E. Baker
Meckler Bulger & Tilson, LLP
123 N. Wacker Drive, Suite 1800
Chicago, Illinois 60606
joe.tilson@mbtlaw.com
tim.wolfe@mbtlaw.com
eileen.baker@mbtlaw.com

        /s/ Darnella J. Ward
Darnella J. Ward
Rachlis Durham Duff & Adler, LLC
542 S. Dearborn Street, Suite 900
Chicago, IL 60605
312-733-3950
312-733-3952 (fax)
dward@rddlaw