UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Shahrbanoo Fadavi

                                            Plaintiff,

v.                                                           Case No.: 1:08−cv−00440
                                                                Honorable Amy J. St. Eve

Board of Trustees for the University of Illinois, et al.

                                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 21, 2008:

      MINUTE entry before the Honorable Michael T. Mason:Settlement conference held on 8/21/2008. The parties were able to reach an agreement to settle this case. Parties are to file the appropriate dismissal paperwork before the District Judge. All matters relating to the referral of this case having been resolved, the referral is closed and the case is returned to the assigned judge. Magistrate Judge Mason no longer assigned to this case. (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.