UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHAHRBANOO FADAVI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 08 C 440 |
| ) | |
| BOARD OF TRUSTEES FOR THE ) | Honorable Amy J. St. Eve |
| UNIVERSITY OF ILLINOIS, INDRU ) | Magistrate Judge Michael T. Mason |
| PUNWANI, BRUCE GRAHAM, ) | |
| R. MICHAEL TANNER, SYLVIA ) | |
| MANNING, and ERIC GISLASON, ) | |
| ) | |
| Defendants. ) | |

**AGREED MOTION TO EXTEND TIME FOR REINSTATEMENT OF ACTION IN ORDER TO COMPLETE SETTLEMENT**

Plaintiff, Dr. Shahrbanoo. ("Shar") Fadavi, and Defendants, The Board of Trustees of the University of Illinois, Indru Punwani, Bruce Graham, R. Michael Tanner, Sylvia Manning, and Eric Gislason, by and through their attorneys, respectfully move this Honorable Court to enlarge the time to complete settlement and state as follows:

1. On August 21, 2008, a settlement conference was held before the Honorable Judge Michael T. Mason, at which the parties agreed in principle to settle this matter. (*See* Docket 38.)

2. At the status hearing held on August 26, 2008, that fact was conveyed to the Court and the case was dismissed without prejudice with leave to reinstate by September 17, 2008; and after said date, the dismissal will be with prejudice. (See Docket 39.)

1

3. The parties have not yet completed the written settlement agreement. Further, after Plaintiff executes the agreement, pursuant to the terms of settlement, Defendant has twenty days to issue the settlement proceeds.

4. Based on the above, the Plaintiff and Defendant seek an additional thirty days to complete settlement, or until the date of October 17, 2008. As such, the Plaintiff would request that the dismissal remain without prejudice until October 17, 2008, and that she have leave to reinstate her action through that date.

WHEREFORE, Plaintiff, Dr. Shar Fadavi and Defendants, The Board of Trustees of the University of Illinois, Indru Punwani, Bruce Graham, R. Michael Tanner, Sylvia Manning, and Eric Gislason, hereby respectfully request that this Court enter an Agreed Order to enlarge the time to October 17, 2008 as the date for the dismissal to be without prejudice, and by which Plaintiff has leave to reinstate Plaintiff's Complaint. After October 17, 2008, said dismissal will be with prejudice. In the alternative, if this request is not granted, Plaintiff seeks leave to reinstate her Complaint.

Dated: September 9, 2008

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| DR. SHAHRBANOO FADAVI | THE BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS, INDRU PUNWANI, BRUCE GRAHAM, R. MICHAEL TANNER, SYLVIA MANNING and ERIC GISLASON |
| By:      s/Darnella J. Ward<br>One of her attorneys | By:          s/ Timothy A. Wolfe<br>One of the Attorneys for Defendants, |
| Michael Rachlis<br>Edwin L. Durham<br>Kevin B. Duff<br>Marion Adler<br>Darnella J. Ward | Joseph E. Tilson<br>Timothy A. Wolfe<br>Meckler Bulger & Tilson LLP<br>123 North Wacker Drive, Suite 1800 |

2

Rachlis Durham Duff & Adler  
542 South Dearborn, Suite 900  
Chicago, Illinois 60605  
(312)733-3950  
(312)733-3952 (fax)  
Counsel for Plaintiff

Chicago, IL  60606  
Tel.: (312) 474-7900  
Fax: (312) 474-7898  
Counsel for Defendants