IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHAHRBANOO FADAVI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Honorable Judge Amy J. St. Eve |
| v. ) | No.    08 C 440 |
| ) | |
| BOARD OF TRUSTEES FOR THE ) | |
| UNIVERSITY OF ILLINOIS, INDRU ) | |
| PUNWANI, BRUCE GRAHAM, ) | Jury Demanded |
| R. MICHAEL TANNER, SYLVIA ) | |
| MANNING, and ERIC GISLASON, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

TO:   Joseph E. Tilson
      Timothy A. Wolfe
      Eileen E. Baker
      Meckler Bulger & Tilson, LLP
      123 N. Wacker Drive, Suite 1800
      Chicago, Illinois 60606
      joe.tilson@mbtlaw.com
      tim.wolfe@mbtlaw.com
      eileen.baker@mbtlaw.com

   PLEASE TAKE NOTICE that on Monday, September 15, 2008, at 8:30 a.m., the undersigned will appear before the Honorable Amy J. St. Eve, or any Judge sitting in her stead, in Courtroom 1241 at the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois, and present the Agreed Motion for Extension of Time for Reinstatement of Action in Order to Complete Settlement.

                                       SHAHRBANOO FADAVI

                           By:        /s/ Darnella J. Ward
                                       Darnella J. Ward (#6279493)
                                       RACHLIS DURHAM DUFF & ADLER, LLC
                                       542 S. Dearborn Street, Suite 900
                                       Chicago, IL  60605
                                       Telephone:    (312) 733-3950
                                       Facsimile:    (312) 733-3952
                                       dward@rddlaw.net

1

## CERTIFICATE OF SERVICE

    I hereby certify that on September 9, 2008, I electronically filed the Agreed Motion for Extension of Time for Reinstatement of Action in Order to Complete Settlement with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Joseph E. Tilson  
Timothy A. Wolfe  
Eileen E. Baker  
Meckler Bulger & Tilson, LLP  
123 N. Wacker Drive, Suite 1800  
Chicago, Illinois 60606  
joe.tilson@mbtlaw.com  
tim.wolfe@mbtlaw.com  
eileen.baker@mbtlaw.com  

                                            /s/ Darnella J. Ward  
                                      Darnella J. Ward  
                                      Rachlis Durham Duff & Adler, LLC  
                                      542 S. Dearborn Street, Suite 900  
                                      Chicago, IL  60605  
                                      312-733-3950  
                                      312-733-3952 (fax)  
                                      dward@rddlaw.net